ANNIE FLANIGAN *vs.* F. E. DUNCAN and another.

October 21, 1891.

**Findings—Evidence.**—Finding of the court below of fact tried on affidavits contradicting each other, sustained.

Appeal by defendants from an order of the municipal court of St. Paul, refusing to set aside a judgment by default in an action of replevin for house furniture, of the value of $250. The issue made by the affidavits was upon the fact of service of the summons.

*John L. Townley* and *Lewis E. Jones*, for appellants.

*James E. Markham*, for respondent.

GILFILLAN, C. J. As to the fact of service of the summons, the affidavits were in direct conflict, presenting a fair and rather close question on the fact. Following the invariable practice of this court in such cases, we sustain the finding of the court below. There is nothing in the other points made requiring notice.

Order affirmed.